UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLANDA BERBICK,

                Plaintiff,

-against-

MR. BRENDAN, New York State Office of the Inspector Gengeral (Investigator), et al.,

                Defendants.

22-CV-0074 (LTS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On June 25, 2014, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Berbick v. Chase*, No. 13-CV-7201 (LAP) (S.D.N.Y. June 25, 2014). Plaintiff files this new case *pro se* and seeks IFP status, but she has not sought leave from the Court to file this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the June 25, 2014 order.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    January 5, 2022
             New York, New York

                                        /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                       Chief United States District Judge