UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOLANDA BERBICK,<br><br>                    Plaintiff,<br><br>         -against-<br><br>MR. BRENDAN, NEW YORK STATE OFFICE OF THE INSPECTOR GENGERAL (INVESTIGATOR), ET AL.,<br><br>                    Defendants. | 22-CV-0074 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 5, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 25, 2014 order in *Berbick v. Chase*, No. 13-CV-7201 (LAP) (S.D.N.Y. June 25, 2014), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 5, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge